

NUMBER 13-09-00017-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF J.A.D.A. AND V.L.D.A, CHILDREN

On Appeal from the 214th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam**

Appellant, Tamara Danielle Del Angel, perfected an appeal from a judgment entered by the 214th District Court of Nueces County, Texas, in cause number 05-4162-F. Appellant has filed a motion to dismiss the appeal on grounds that the appellant no longer desires to pursue this matter. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
1st day of April, 2010.